EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2025 TSPR 74 |
| Aprobación de Cambio de Estatus Inactivo de junio de 2025 | 216 DPR ___ |

Número del Caso: EM-2025-0010

Fecha: 14 de julio de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de junio de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

# EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de junio de 2025

EM-2025-0010

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de julio de 2025.

Durante el periodo de junio de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis F. Pieraldi Cappa | 2,729 |
| Pedro J. Salicrup Rodríguez | 6,217 |
| Miriam L. Rivera Padilla | 7,034 |
| José Héctor Vivas Pietri | 7,087 |
| Guillermo Garau Díaz | 7,279 |
| Blanca Medina de Garau | 7,320 |
| Luisa A. Inclán Bird | 8,186 |
| Celia M. Molano Flores | 8,576 |
| Mónica S. Yoma Awin | 9,597 |
| Brunilda R. Santiago Acevedo | 10,825 |
| Carlos D. Riestra Cortés | 11,109 |
| Magali Montes Benítez | 13,916 |

Sandra Otero Torres                    20,775

Carlos Omar Virella García             21,139

Brenda Irizarry García                 22,789

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo